240 So.2d 234

**STATE of Louisiana ex rel. Lloyd COOK**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 50917.

Oct. 23, 1970.

Writ refused. The showing made in the application does not warrant the exercise of our original or supervisory jurisdiction.

240 So.2d 234

**Nealy Ray CLARK**

v.

**Marshall T. CAPPEL, Sheriff.**

No. 50920.

Oct. 23, 1970.

The application is denied. The application is premature. Applicant has a remedy in the event of an adverse ruling.